**Ronald St. Clair BAIN, Jr., Appellant, v. UNITED STATES of America, Appellee.**

No. 10987.

Circuit Court of Appeals, Ninth Circuit.

Oct. 1, 1945.

Dellmore Lessard, of Portland, Or., for appellant.

J. Charles Dennis, U. S. Atty., of Seattle, Wash., and Harry Sager, Asst. U. S. Atty., of Tacoma, Wash., for appellee.

Before MATHEWS, HEALY, and BONE, Circuit Judges.

PER CURIAM.

Upon consideration of the request of appellant, by Mr. Dellmore Lessard, his counsel for dismissal of the appeal herein, and

by direction of the Court, it is ordered that the appeal in this cause be dismissed, that a judgment be filed and entered accordingly and that the mandate in this cause issue forthwith.